Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Rovio Entertainment Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIO ENTERTAINMENT CORPORATION,<br><br>*Plaintiff*<br><br>v.<br><br>ALL PRINTED CLOTHES FACTORY STORE, DAJUN CLOTHES STORE, DEHUA BEAUTY RICH ARTS & CRAFTS CO., LTD., DONGGUAN DREAMY TOY CO., LTD., DONGGUAN JIELI PLASTIC TOYS CO.,LTD, DONGGUAN RICH POWER TIN MFG. LTD., DONGGUAN SHANG ZHEN ART GIFTS CO., LTD., DONGGUAN SIYUAN TOY CO., LIMITED, ETST WENDY CHILDREN'S FACTORY OUTLET STORE, ETST WENDY FUNNY STORE, EYEMASK666 STORE, GOLDEN CHILDHOOD01 STORE, GOLDEN CRADLE KIDS STORE, GOLDEN CRADLE STORE, GT COMMANDER STORE, GUANGZHOU CAIDAO INDUSTRIAL CO., LTD., GUANGZHOU KAI RONG INDUSTRIAL CO., LTD., GUANGZHOU TAKU CULTURE MEDIA CO., LTD., GUANGZHOU TOP GLAMOUR COSMETIC CO., LTD., HEARTBEAT PLUSH STORE, HEBEI LINGMOU TRADING CO., LTD., HEY SURPRISE STORE, HIGH QUALITY 847 STORE, HIGH QUALITY 999 STORE, HONGCHENG'S STORE, JEBMQ STORE, JUESEJUJIA STORE, KIDS GAME TSHIRT | 21-cv-7569 (DLC)<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

FACTORY STORE, LABELZONE OFFICIAL STORE, LL-PLUSH STORE, MIAY'S KIDS ROOM STORE, MR YE. STORE, MUGIVALA FRANCHISED STORE, NANCHANG KEDA STATIONERY GIFTS INDUSTRIAL CO.,LTD, NEW OOPS STORE, NINGBO GMT LEISURE PRODUCTS CO., LTD., OU YIN STORE, OUR WORLD CHILDREN STORE, PANLANDE ACCESSORIES STORE, PARAGLIDING STORE, PERSONALIZEDSHOES STORE, PLEASANT KEYCHAIN STORE, PRINT CLOTHES FACTORY DISCOUNT STORE, PRINTING CHILDREN'S CLOTHES STORE, PUJIANG MINGJIU E-COMMERCE CO., LTD., QUALITY CHILD TOY STORE, QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU ORANGE PEEL E-COMMERCE CO., LTD., QUANZHOU YOHO YOHO TRADING CO., LTD., SHANG HAI ROSE STORE, SHANGHAI FUNNYBUDDY CO., LTD., SHANTOU YACHAO TRADING CO., LTD., SHENZHEN NEWJOY TECHNOLOGY CO., LTD., SHENZHEN USMARTALL TECHNOLOGY CO., LTD., SHENZHEN YOKO LABELWORKS LIMITED, SHOP5282050 STORE, SHOP5379093 STORE, SHOP5788211 STORE, SHOP910323284 STORE, SHOP910364092 STORE, SHOP911252065 STORE, SHOP911297209 STORE, SHOP911602222 STORE, SHOP911758373 STORE, SMILING CENTER STORE, SOXTOWN (SHANGHAI) INDUSTRIAL CO., LTD., SUNYDREAMS ANIMATION STORE, TAKE OFF STORE, VANQUISH A DIFFERENT STORE, WANCHEN STORE, WENZHOU HIGH AND LONG CO., LTD., XIAMEN HULI HUANGXIAODUAN PET PRODUCTS STORE, XINXIANG YINGLAIDA IMPORT AND EXPORT TRADING CO., LTD., YANGZHOU TIRIS CRAFTS CO., LTD., YANGZHOU YIYABAO TOYS & GIFTS CO., LTD., YEJIANFEIXING STORE, YIWU BIWEI TRADE CO., LTD., YIWU DONGHONG KNITTING CO., LTD., YIWU HEPIN FOOD CO., LTD., YOUPIN TOY STORE, YOUR DIARY STORE, YULIN JEWELLERY STORE, YUZENGXIANGBABY STORE, ZHEN

XIANG TECHNOLOGY CO., LTD., ZHENGHONGKAI03'S STORE and ZHUO JIU STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 13th day of October, 2021, at 5:00 p.m.
New York, New York

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

1