# EXHIBIT A

# AUTHENTIC PRODUCTS





# AUTHENTIC PRODUCTS





# AUTHENTIC PRODUCTS



# AUTHENTIC PRODUCTS



# AUTHENTIC PRODUCTS







# AUTHENTIC PRODUCTS







