```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ROVIO ENTERTAINMENT CORPORATION,          :     21cv7569 (DLC)
                                          :
                       Plaintiff,         :        ORDER
                                          :
              -v-                         :
                                          :
ALL PRINTED CLOTHES FACTORY STORE et      :
al.,                                      :
                                          :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    A hearing is scheduled in the above-captioned action for October 14, 2021, at 2:00 pm in Courtroom 18B, 500 Pearl Street. Having received on October 13 a letter from plaintiff Rovio Entertainment Corporation, it is hereby

    ORDERED that the hearing tomorrow shall be held telephonically. The parties shall use the following dial-in credentials for the telephone hearing:

                Dial-in:     888-363-4749
                Access code: 4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that plaintiff shall serve this Order on defendants by October 13.

SO ORDERED:

Dated:   New York, New York
         October 13, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge