UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
ROVIO ENTERTAINMENT CORPORATION,      :        21cv7569 (DLC)
                                      :
                      Plaintiff,      :             ORDER
                                      :
          -v-                         :
                                      :
ALL PRINTED CLOTHES FACTORY STORE et  :
al.,                                  :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     For any defendant whose time to answer had run, and who had

failed to file an answer, the plaintiff in the above captioned

action was required to file a motion for default by November 12,

2021.  No such motion was filed.  It is hereby

     ORDERED that by **December 3, 2021,** the plaintiff shall file

a status letter with respect to each defendant, indicating the

date of service, the date the answer was or is due, and the

status of the claims against that defendant.

     SO ORDERED:

Dated:    New York, New York
          November 30, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge