```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv7569 (DLC)
                                         :
ROVIO ENTERTAINMENT CORPORATION,         :        ORDER
                                         :
                       Plaintiff,        :
                                         :
           -v-                           :
                                         :
ALL PRINTED CLOTHES FACTORY STORE et     :
al.,                                     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2021, the plaintiff filed the above captioned action in this Court. Service was filed, and defendants did not appear. On October 22, an Order required the plaintiff to file a motion for default by November 12 for any defendant whose time to answer had run and who had failed to file an answer. No motion was filed. An Order of November 30 required the plaintiff to file a status letter by December 3 with respect to each defendant indicating the status of claims against that defendant. No status letter was filed. An Order of December 7 ordered the plaintiffs to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P. No responsive letter was filed.

When, as here, a plaintiff has failed to prosecute their

case or comply with court orders, a court may dismiss the case pursuant to Rule 41(b), Fed. R. Civ. P.  See Lewis v. Rawson, 564 F.3d 569, 575-76 (2d Cir. 2009) (noting that the exercise of a court's discretion under Rule 41(b) often occurs where parties fail to comply with a scheduling order or respond to pending motions).  The plaintiff has not communicated with this Court for any reason since November 30, 2021.  Accordingly, it is hereby

ORDERED that this action is dismissed without prejudice. The Clerk of Court shall close the case.

Dated:   New York, New York
         December 15, 2021

                              _____
                                    DENISE COTE
                              United States District Judge