```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ROVIO ENTERTAINMENT CORPORATION,          :
                                          :
                        Plaintiff,        :    21cv7569 (DLC)
                                          :
                -v-                       :         ORDER
                                          :
ALL PRINTED CLOTHES FACTORY STORE et      :
al.,                                      :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on January 6, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendants on or before **January 10, 2022.**

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **January 27, 2022** at **2:00 pm.**  Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

    Dial-in:  888-363-4749
    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated: New York, New York
    January 7, 2022

            _____
              DENISE COTE
           United States District Judge